**In re C. Steven MCDANIEL, Frank M. Raushel, and James R. Wild**

**01–1397**
**Serial No. 09/252,384**

United States Court of Appeals, Federal Circuit.

DECIDED: July 6, 2001.

ORDER

The order of dismissal and the mandate dated July 3, 2001 having been issued in

error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.

A–1 AMUSEMENT CO., INC., A–1 Amusement Co., A–1 Cash Register & Vending, A1 Games & Vending, Inc., A–1 Vending, A–Vend, Inc., AA Amusement, A.A. Se'aver Music, Ltd., AAA Cigarette Service, A&A Cigarette Service, Inc., A&A Vending, A. Karnavas Co., A. Monteverdi Co., AB Equipment, A&B Vending Co., A&C Vending, ACI Amusement Concepts, Inc., AE Specialty Vending, AFM, Inc., AH Entertainers, Inc., A&I Coin Machines, A.P. Vending & Amusement Co., Inc., A&T Vending, Aaron Amusement, Inc., ABE Vending Corp., ACE Games, Inc., ACE Vending, Tampa, ACE Vending, Moore, Ok, ACE Vending Services, Acme Coin Co., Inc., Acme Music & Vending, Acme Video & Vending, Advance Vending Corp., Albert's Cigarette Service, Albring Vending Company, Inc., Aldridge Amusements, Inc., All Brands Vending, All Games, Inc., All–N–One Vending, Inc., Allen Hoxie, Allied Vending, Inc., Alpena Vending, Inc., Alpine Vending & Video, Inc., American Amusement Arcades, American Amusements & Vending, American Vending, American Vending Company, Inc., American Vending & Video Games, Inc., Amusement Devices, Inc., ANT Vending Corporation, Anthony T. Zekos (doing business as A–Z Quality Vending Company), Apollo Amusements, Inc., Archie Amusement Co., Inc., Arctic Music & Vending, Arizona Vending, Inc., Armour Amusement Co., Inc., Asco Vending Company, Associated Vending, Inc., Associates Vending Company, Inc., Astro Amusement, Inc., Atlas Music Corp., Atomic Vending Corp., Augusta Music Service & Billiard Co., Austin Amusements, Automatic Coin Vending Co., Aurora Vending Co., Inc., Automatic Vending Machines, Inc., AWE Vending & Amusement, Inc., B&B Amusements, B&B Vending, BFC Enterprises, B&P Vending, Inc., by Vending, Baltimore Vending Co., Barbara Hairrell (doing business as Rush Vending & Amusement Co.), Barlow Amusement & Music Co., Inc., Baton Rouge Cigarette Service, Bay Vending, Inc., Belfiore Music & Cigarette, Bell Cigarette Service, Bennett Vending Co., Bentler Amusement Co., Inc., BIBB Vending Co., Big City Vending Co., Inc., Bird Music & Vending, Blackjack Vending, BOB Jordan Amusement Co., Inc., Blue Ridge Vending, BOB's Cigarette Service, BOB's Music–Cigarette, Boonville Vending, Bosso Vending, Bravado, Inc. (doing business as A–1 Vending Service), Bremer Vending Co., Brian Suemnicht (doing business as Home Service Vending), Brighton Amusement Co., Buffeteria, Inc., C.B.G. Company, C.D.L., Inc., C&H Vending Co., C.I.C. Corp., C. Lohman Games, Inc., C. Music Corporation, C.R.S. Company, Inc., Cadillac Full Line Vending, Calumet Coin Machines, Capitol City Vending Co., Cap-